**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____

Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Mast Trucking Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 24-4005601 |

**4. Debtor's address**

**Principal place of business**

**1849 US-83**
**Sublette, KS 67877**
Number, Street, City, State & ZIP Code

**Haskell**
County

**Mailing address, if different from principal place of business**

**PO Box 490**
**Sublette, KS 67877**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    **https://mast-trucking.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Mast Trucking Inc.**                                    Case number (*if known*) _____
            Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**4841**____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 2

Debtor **Mast Trucking Inc.**           Case number (*if known*) _____
    Name

| List all cases. If more than 1, attach a separate list | Debtor District | | Relationship | |
|---|---|---|---|---|
| | | When | Case number, if known | |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Case 26-20176    Doc# 1    Filed 02/10/26    Page 3 of 23

Debtor   **Mast Trucking Inc.**                                    Case number (*if known*) _____
         Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 10, 2026**
              MM / DD / YYYY

**X** **/s/ Leroy Mast**                                    **Leroy Mast**
Signature of authorized representative of debtor            Printed name

Title   **Owner**

---

**18. Signature of attorney**

**X** **/s/ Ryan A. Blay**                          Date **February 10, 2026**
Signature of attorney for debtor                        MM / DD / YYYY

**Ryan A. Blay 28110**
Printed name

**WM Law, PC**
Firm name

**15095 West 116th Street**
**Olathe, KS 66062**
Number, Street, City, State & ZIP Code

Contact phone   **(913) 422-0909**      Email address   **bankruptcy@wagonergroup.com**

**28110 KS**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

Fill in this information to identify the case:

Debtor name   **Mast Trucking Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Customer Service PO Box 981535 El Paso, TX 79998-1535** | | **company credit card** | | | | **$41,000.00** |
| **Balboa Capital Corporation 575 Anton Blvd, 12th Floor Costa Mesa, CA 92626** | | **2024 Great Dane CP dry vans S/N: 1GR1P0627RK620 781; 2024 Great Dane CP dry vans S/N: 1GR1P0623RK620 793** | | **$96,048.00** | **$0.00** | **$96,048.00** |
| **BMO Harris 770 N Water Street Milwaukee, WI 53202** | | | | **$143,703.44** | **$0.00** | **$143,703.44** |
| **BMO Harris 770 N Water Street Milwaukee, WI 53202** | | | | **$133,193.33** | **$0.00** | **$133,193.33** |
| **Bruckner's Truck & Equipment Dept 100, PO Box 830604 Birmingham, AL 35283** | | **services rendered** | | | | **$10,652.32** |
| **Commercial Credit Group, Inc. 227 W. Trade Street Suite 1450 Charlotte, NC 28202** | | | | **$735,957.94** | **$0.00** | **$735,957.94** |
| **Commercial Credit Group, Inc. 227 W. Trade Street Suite 1450 Charlotte, NC 28202** | | | | **$349,123.40** | **$0.00** | **$349,123.40** |

Debtor **Mast Trucking Inc.** _____ Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Daimler Truck Financial PO Box 901 Roanoke, TX 76262** | | | | **$144,019.61** | **$0.00** | **$144,019.61** |
| **Daimler Truck Financial PO Box 901 Roanoke, TX 76262** | | | | **$127,207.21** | **$0.00** | **$127,207.21** |
| **Dream First Bank PO Box 928 Syracuse, KS 67878** | | **2017 Hyundai Dry Van Trailer, VIN 3H3V532C0HT091 014 2016 Stoughton Dry Van Trailer, VNI 1DW1A5320GB69 9151 2016 Stoughton Dry Van Trailer, VNI 1DW1A5** | | **$53,346.51** | **$0.00** | **$53,346.51** |
| **Flagstar Financial & Leasing Attn: Financial Operations 100 Duffy Ave, Ste. 40 Hicksville, NY 11801** | | **2022 Mack AN64T Tractor, VIN 1M1AN4GY9NM02 5200 and 2022 Mack AN64T Tractor, VIN 1M1AN4GY4NM02 5198** | | **$92,636.53** | **$0.00** | **$92,636.53** |
| **Leroy and Aggie Mast 2111 Grandview Dr East Garden City, KS 67846** | | **company loans** | | | | **$1,000,000.00** |
| **Matkin Accounting Services 123 N Glenn St. Ulysses, KS 67880** | | **services rendered** | | | | **$20,304.88** |
| **Pawnee Leasing Corporation 700 Centre Ave Fort Collins, CO 80526** | | | | **$145,944.00** | **$0.00** | **$145,944.00** |
| **PrePass Safety Alliance c/o Law Offices of Mark A Kirkorsky 100 S Main St Smith Center, KS 66967** | | | | | | **$17,160.46** |

Case 26-20176   Doc# 1   Filed 02/10/26   Page 6 of 23

Debtor  **Mast Trucking Inc.** _____  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ryan Robinson 2811 Imperial Ave. Pueblo, CO 81005** | | | | | | **$2,143.84** |
| **Samsara 1 De Haro St. San Francisco, CA 94107** | | **electronic logging device** | | | | **$16,500.00** |
| **Small Business Administration Commercial Loan Service Center Attention: Purchase Unit 2120 Riverfront Dr. Suite 100 Little Rock, AR 72202** | | **General Business Security Agreement in all Assets of the Debtor** | | **$2,000,000.00** | **$0.00** | **$2,000,000.00** |
| **Toyota Commercial Finance 8951 Cypress Waters Blvd, Ste. 300 Coppell, TX 75019-4793** | | | | **$56,371.45** | **$0.00** | **$56,371.45** |
| **Volvo Car Financial Services PO Box 91614 Mobile, AL 36691** | | **2019 Volvo VNL64T760, VIN 4V4NC9EH2LN266888 2019 Volvo VNL64T760. VIN 4V4NC9EH4LN267542 2020 Volvo VNL64T760, VIN 4V4NC9EH8LN227920 2020 Volvo VN** | | **$2,140,719.58** | **$1,600,000.00** | **$540,719.58** |

Case 26-20176   Doc# 1   Filed 02/10/26   Page 7 of 23

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Kansas

In re **Mast Trucking Inc.**

Debtor(s)

Case No.

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept                $ **$300-400/hour for attorney time; $175/hour for paralegal time**

Prior to the filing of this statement I have received        $ **$23262.00**

Balance Due                $ **$300-400/hour for attorney time; $175/hour for paralegal time as approved by the Bankruptcy Court**

2. The source of the compensation paid to me was:

   [✔] Debtor        [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✔] Debtor        [ ] Other (specify):

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      **Negotiations with secured creditors to reduce to market value**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 10, 2026**

*Date*

**/s/ Ryan A. Blay**

**Ryan A. Blay 28110**
*Signature of Attorney*
**WM Law, PC**
**15095 West 116th Street**
**Olathe, KS 66062**
**(913) 422-0909  Fax: (913) 428-8549**
**bankruptcy@wagonergroup.com**
*Name of law firm*

---

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475


Aganetha Mast
2111 Grandview Dr E
Garden City KS 67846


Alabama Department of Revenue
50 N. Ripley St
Montgomery AL 36130


Alabama Department of Revenue
338 S Jackson St.
Montgomery AL 36104


Alliance Funding Group
17542 17th St, Ste. 200
Tustin CA 92780


American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535


AMERICAN EXPRESS
PO Box 981537
El Paso TX 79998-1537


Ameris Bank Equipment Finance
575 Anton Blvd, Ste. 1080
Costa Mesa CA 92626

Arizona Department of Revenue
1600 West Monroe St.
Phoenix AZ 85007


Arkansas Department of Revenue
1816 W 7th St, Rm 2220
Little Rock AR 72201


Balboa Capital Corporation
575 Anton Blvd, 12th Floor
Costa Mesa CA 92626


Becky Sarabia
901 E Central Texas Expy
Killeen TX 76541


Billy Stafford
438 Allehany St.
El Dorado KS 67042


Billy Winkler
814 W 4th Ave
El Dorado KS 67042


BMO Harris
770 N Water Street
Milwaukee WI 53202


Brandon Koehn
103 Aztec
Montezuma KS 67867


Brenda Mendez
1021 N Carlton Ave
Liberal KS 67901


Bruckner's Truck & Equipment
Dept 100, PO Box 830604
Birmingham AL 35283


Byron Isaac
607 Manor Ct
Sublette KS 67877

Carlos Berg
704 W Edelle
Sublette KS 67877


Carlos Delagraza
630 NE 16th St.
Guymon OK 73912


Carlos Diaz
311 E Courthouse Ave
Sublette KS 67877


Casey Jones
1407 Saint John St
Garden City KS 67846


Casey McGehee
8909 S Youngs Blvd
Oklahoma City OK 73159


Centure Bank
119 S. Inman
Sublette KS 67877


Cervando Macias
PO Box 1105
Sublette KS 67877


Cesar Perea
901 E 2nd St.
Liberal KS 67901


Christopher Soltow
3986 Heather Ave
Kingman AZ 86401


Clifton Naranjo
4805 29th St.
Lubbock TX 79410


Colorado Department of Revenue
1881 Pierce St.,
Denver CO 80214

Commercial Credit Group, Inc.
227 W. Trade Street
Suite 1450
Charlotte NC 28202


Commercial Credit Group, Inc.
2135 City Gane Lane
Ste. 440
Naperville IL 60563


Daimler Truck Financial
PO Box 901
Roanoke TX 76262


David Knier
702 Madison St.
Hugoton KS 67951


David Ngan
2754 S Cupertino St.
Gilbert AZ 85295


Dontee Goldsmith
4513 Rylee Dr.
Oklahoma City OK 73179


Dream First Bank
PO Box 928
Syracuse KS 67878


Dylan Cobos
161 Shamrock St.
Garden City KS 67846


Edmond Lumpkins
5501 9th St. Lot 16
Sublette KS 67877


Elgin Wespe
274 Fontier Rd
Windom KS 67491

Enrique Suanzo
808 Westlawn Dr.
Dodge City KS 67801


Erik Price
513 S Shoshone Ave
Satanta KS 67870


Ernest Sullivan
5310 Hedge Lane
Shawnee KS 66226


First Citizens Bank
4300 Six Forks Road
Raleigh NC 27609


Flagstar Financial & Leasing
Attn:  Financial Operations
100 Duffy Ave, Ste. 40
Hicksville NY 11801


Geoffrey Garcia
1681 N Cain Ave.
Liberal KS 67901


Grace Berg
704 W Edelle
Sublette KS 67877


Hammertime Trucking aka Becky
901 E Central Texas Expy
Killeen TX 76541


Ivan Condarco
1606 Ave
Dodge City KS 67801


Jacob Fiesen
102 Edelle Ave
Sublette KS 67877

Jakoby Thomas
8103 E 134th St
Grandview MO 64030


James Hudson
3872 Whaler Dr
Lake Havasu City AZ 86406


John Mast
202 Scott St
Copeland KS 67837


Johnathon Rubio
300 S. Cox St.
Sublette KS 67877


Joseph Neville
11755 E. Watermen St.
Wichita KS 67207


Joseph Wessel
700 Wichita
Satanta KS 67870


Juan Chacon-Pena
703 W Jennie Ave
Sublette KS 67877


Keith Koehn
307 S Oak St.
Minneola KS 67865


Kraft Tank Corporation
2650 Shull Ave.
Oklahoma City OK 73111


Landmark National Bank
701 Poyntz Ave
Manhattan KS 66502


Leroy and Aggie Mast
2111 Grandview Dr East
Garden City KS 67846

Leroy Mast
2111 Grandview Dr
Garden City KS 67846


Leroy Mast
2111 Grandview Dr East
Garden City KS 67846


Liliana Morales
710 E Shocker St Lot 2
Plains KS 67869


Mark Davis
206 S 9th St.
Lamar CO 81052


Matkin Accounting Services
123 N Glenn St.
Ulysses KS 67880


McLeod TMS
100 Corporate Parkway
Birmingham AL 35242


Michael Gray
206 N Genesse
Leoti KS 67861


Michael Jacques
2708 M St.
Belleville KS 66935


Michael Mast
409 E Inman
Sublette KS 67877


Michael ORourke
6802 W Karen Lee Ln
Peoria AZ 85382


Miguel Fonseca
1105 N Purdue
Liberal KS 67901

Miguel Moncada
4127 N 8th St.
Garden City KS 67846


Mississippi Department of Rev.
500 Clinton Center Dr.
Clinton MS 39056


Nebraska Departemnt of Revenue
505A Broadway Ste 800
Scottsbluff NE 69361


Oklahoma Department of Revenue
300 N Broadway Ave,
Oklahoma City OK 73102


Omar Olivas
1324 N Roosevelt Ave
Liberal KS 67901


Pawnee Leasing Corporation
700 Centre Ave
Fort Collins CO 80526


Pawnee Leasing Corporation
3801 AUTOMATION WAY, SUITE 201
Ft. Collins CO 80501


Pedro Torres
118 W Coolidge St.
Liberal KS 67901


Phillip McAmis
3401 Amanda St.
Hutchinson KS 67502


PO Box 22808
Jackson MS 39225-2808

PrePass Safety Alliance
c/o Law Offices of
Mark A Kirkorsky
100 S Main St
Smith Center KS 66967


Quiten Mast
202 Scott St
Garden City KS 67846


Rachel Hoyt
7123 State Hwy 198
Canton TX 75103


Randy Mann
3629 N Elfrida Rd.
Golden Valley AZ 86413


Ray Orth
804 S Inman
Sublette KS 67877


Raymundo Villareal
511 Russell St.
Amarillo TX 79104


Rebecca Tyler
309 Cox
Sublette KS 67877


Roberto Salazar
306 Puite Ave
Satanta KS 67870


Rolando Sueriro
2213 Robin Rd.
Dodge City KS 67801


Ross Wedel
4698 FM 13 East
Troup TX 75789

Ryan Robinson
2811 Imperial Ave.
Pueblo CO 81005


S&M Trucking
1021 N. Carlton Ave
Liberal KS 67901


Samsara
1 De Haro St.
San Francisco CA 94107


Shane Love
706 S. Pursley St.
Sublette KS 67877


Small Business Administration
Commercial Loan Service Center
Attention:  Purchase Unit
2120 Riverfront Dr. Suite 100
Little Rock AR 72202


Small Business Administration
PO Box 3918
Portland OR 97208-3918


Small Business Administration
District Counsel
220 West Douglas Ave, Ste. 450
Wichita KS 67202


Spanky Cattle
1255 NW 50th Ave.
Saint John KS 67576


State of Arkansas
Department of Finance and
Administration
PO Box 8092
Little Rock AR 72203-8093


Stephen Gomez
602 S Conlen St
Tyrone OK 73951

Stoughton
1800 Greenbriar Dr
Stoughton WI 53589


Taylor Burns
306 Superior St.
Plains KS 67869


Thomas Jakoby
8103 E 134th st.
Grandview MO 64030


Toyota Commercial Finance
8951 Cypress Waters Blvd,
Ste. 300
Coppell TX 75019-4793


Tyler Valdez
6410 E Cicero St.
Mesa AZ 85205


US Attorney
301 N. Main #1200
Wichita KS 67202


US SBA
14925 Kingsport Rd.
Fort Worth TX 76155


US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935


US Small Business Administrati
10675 Bedford Ave
Ste. 100
Omaha NE 68134


US Small Business Administrati
14925 Kingsport Road
Fort Worth TX 76155

Vanessa Friesen
102 Edelle Ave.
Sublette KS 67877


Volvo Car Financial Services
PO Box 91614
Mobile AL 36691


Volvo Financial Services
PO Box 26131
Greensboro NC 27402-6131


Wells Fargo Financial Leasing,
PO Box 77096
Minneapolis MN 55480-7796


William Romero
824 W Court St
Beatrice NE 68310

# United States Bankruptcy Court
## District of Kansas

In re   **Mast Trucking Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 10, 2026**

**/s/ Leroy Mast**

**Leroy Mast**/**Owner**
Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   **Mast Trucking Inc.**
_____
                                    Debtor(s)

Case No. _____
Chapter   **11**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mast Trucking Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 10, 2026**
_____
Date

**/s/ Ryan A. Blay**
_____
**Ryan A. Blay 28110**
Signature of Attorney or Litigant
Counsel for   **Mast Trucking Inc.**
_____
**WM Law, PC**
**15095 West 116th Street**
**Olathe, KS 66062**
**(913) 422-0909 Fax:(913) 428-8549**
**bankruptcy@wagonergroup.com**

**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Leroy Mast** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     DISTRICT OF KANSAS

Case number _____     Chapter   **11**
   (if known)