# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:  MAST TRUCKING INC.  )  Case No. 26-20176

)

)  Chapter 11 (Voluntary)

)

Debtor and Debtor-in-Possession

## APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**COMES NOW** Mast Trucking Inc, the Debtor and Debtor-in-possession herein (hereinafter the "Debtor") by and through its undersigned counsel, and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submit this AMENDED Application for Employment of the law firm W M Law and its members to represent the Debtors in their Chapter 11 bankruptcy proceedings. In support of this Application the Debtors represents the following:

1. On February 10, 2026, Debtor filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtor remains as Debtor-in-Possession.

2. The Debtor is a Kansas Corporation located in Sublette, Kansas.

3. The Debtor requires the services of legal counsel to represent it during these proceedings and desires to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtor's counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the initial debtor interview, § 341 meeting and other court hearings, preparation of the Subchapter V Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.

4. Attorneys Ryan A. Blay, Jeffrey L. Wagoner, Errin P. Stowell, Ryan M. Graham, Bryan P. Cardwell, Megan M. Tiede, Luke Trusdale and Chelsea Williamson and the other attorneys in the law firm of W M Law (hereinafter collectively referred to as "W M Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtor, qualified to act as its counsel, and who have an office located at: 15095 West 116th Street, Olathe, Kansas 66062.

5. W M Law has experience in matters of this character and its attorneys are well-qualified to act as attorneys for the Debtor. The Debtor has selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures.

6. W M Law is not connected in any manner with the Debtor, other than as Debtor's counsel, or with creditors or any other party in interest in this matter. The firm and its members are disinterested

parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtor or the Debtor's estate on the matters upon which they are to be engaged and their employment would be in the best interest of the bankruptcy estate.

7.    W M Law has examined their client records and business records and have made a personal inquiry of the Debtor. They have determined that the attorneys and all the members of the firm do not hold or represent an interest adverse to the estate.

8.    W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

9.    W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

10.    W M Law has agreed to act as attorneys for the Debtor at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $400.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, Errin P. Stowell | $300.00 |
| Attorney, Ryan M. Graham | $300.00 |
| Attorney, Chelsea Williamson | $300.00 |
| Attorney, Megan M. Tiede | $275.00 |
| Attorney, Bryan P. Cardwell | $275.00 |
| Attorney, Luke Trusdale | $250.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Sylvia Camacho | $175.00 |
| Paralegal, Michael Sandri | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

11.  For entry in this Case, the W M Law has received from a retainer in the amount of $20,000, from the Debtors. The source of funds used for the retainer and filing fee were personal checks and cash from the Debtors.

12.    W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph. Compensation for services rendered during the present Chapter 11 Case will be made in accordance with this application.  WM Law has earned a portion of those funds and used $3175 for pre-filing expenses and $1,738 of those funds to pay the Chapter 11 Filing Fee.  The remaining balance

of $20,.087 is in trust, subject to court approval of fees.

13. W M Law affirms that compensation for the services rendered in this proceeding shall be subject to the approval of the Court upon application by the attorneys for the Debtor.

14. Attorney Ryan Blay, Senior Partner at W M Law, on behalf of W M Law and the above-named attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in support of this Application.

**WHEREFORE**, the Debtors respectfully request this Court's order approving the employment of Ryan A. Blay, and the other attorneys and staff in the firm of W M Law, on the basis set forth above and for such other further relief as the Court deems equitable and proper.

Dated: 2/11/2026

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR/DEBTOR-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Application was served on 2/11/2026 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

**[See attached mailing matrix]**

/s/ Ryan A. Blay
Proposed Counsel for Debtor/Debtor-in-Possession

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:  MAST TRUCKING INC.       )    Case No. 26-20176

                               )

                               )    Chapter 11 (Voluntary)

                               )
    Debtor and Debtor-in-Possession    )

## AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF AMENDED PPLICATION FOR EMPLOYMENT OF COUNSEL FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

State of Kansas      )
                     ) ss.
County of Johnson    )

I, Ryan A. Blay, under oath and penalty of perjury hereby state the following:

1.    I am a senior partner with the law firm, Wagoner Bankruptcy Group, P.C., d.b.a W M Law, located at: 15095 West 116th St., Olathe, Kansas 66062, who employs attorneys, Chelsea Williamson, Jeffrey L. Wagoner, Ryan M. Graham, Errin P. Stowell, Bryan P. Cardwell, Megan M. Tiede, and Luke Trusdale, as well as myself and other paralegals/staff (hereinafter collectively "W M Law"), and who are all licensed to practice law before the before the United States Bankruptcy Court for the District of Kansas.

2.    This Affidavit is submitted in connection with W M Law's foregoing Application for Employment as Counsel on behalf of the above-captioned Debtor and Debtor-in-Possession, Mast Trucking Inc.

3.    In preparing this Affidavit, I have reviewed and examined the Debtor's client records, business records, financial affairs, and have made a personal inquiry of the Debtor. To the best of my knowledge, I have determined that W M Law has no relevant connection to the Debtor, other than as Debtor's counsel, nor any relevant connection to the Debtor's creditors, any party of interest, their respective attorneys and/or accountant, the United States Trustee (the "UST"), or any persons employed by the UST.

4.    W M Law is not a creditor, an equity security holder or an insider of Debtor, and is not and was not a director, officer, or employee of the Debtor. W M Law does not have an interest materially adverse to the interest of the bankruptcy estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

5.    W M Law is a disinterested party as defined in 11 U.S.C. § 101(14).

6. The Debtors have requested, and W M Law has agreed, to engage in the representation of the Debtor in this proceeding at hourly fees which commensurate their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who are anticipated to work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $400.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, Errin P. Stowell | $300.00 |
| Attorney, Ryan M. Graham | $300.00 |
| Attorney, Chelsea Williamson | $300.00 |
| Attorney, Megan M. Tiede | $275.00 |
| Attorney, Bryan P. Cardwell | $275.00 |
| Attorney, Luke Trusdale | $250.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Sylvia Camacho | $175.00 |
| Paralegal, Michael Sandri | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses it incurs during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

7. After conflicts checks reasonable for the industry, it has been determined that W M Law does not and will not represent any such entity in connection with this Chapter 11 Case and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtor or the estate(s).

8. In light of the foregoing, I believe that W M Law Firm does not hold or represent any interest materially adverse to the Debtor, the estate(s), creditors, or equity interest holders, as identified to W M Law, with respect to the matters in which W M Law will be engaged.

9. Except as set forth herein, no promises have been received by W M Law or any partner, associate, or other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the District of Kansas, and orders of this Court.

10. W M Law further states that it has not shared, nor agreed to share any compensation received in connection with this Case with another party or person, except as permitted by 11 U.S.C. § 504(b) and F.R.B.P. Rule 2016.

2

11. The foregoing constitutes the statement of W M Law pursuant to 11 U.S.C. § 329 and § 504, and F.R.B.P. Rules 2014 and 2016(b).

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____                    Dated: February 11, 2026

Ryan A. Blay, KS #28110, MO# KS-001066
Senior Partner
Wagoner Bankruptcy Group, P.C., d/b/a W M Law
15095 W. 116th St.
Olathe KS, 66062
blay@wagonergroup.com

Sworn to before on me this __11th__ day of __February__, 2026

_____                    My commission expires: __3/29/28__
Notary Public

ROSANA TOVALIN
Notary Public
State of Kansas
My Appt. Expires 3/29/20 28

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 26-20176<br>District of Kansas<br>Kansas City<br>Wed Feb 11 10:55:00 CST 2026 | Mast Trucking Inc.<br>PO Box 490<br>Sublette, KS 67877-0490 | AMERICAN EXPRESS<br>PO Box 981537<br>El Paso TX 79998-1537 |
| Aganetha Mast<br>2111 Grandview Dr E<br>Garden City KS 67846-8321 | Alabama Department of Revenue<br>338 S Jackson St.<br>Montgomery AL 36104-4408 | (p)STATE OF ALABAMA DEPARTMENT OF REVENUE<br>P O BOX 320001<br>MONTGOMERY AL 36132-0001 |
| (p)ALLIANCE FUNDING GROUP<br>ATTN BRIAN KNOX<br>18231 IRVINE BOULEVARD<br>TUSTIN CA 92780-3432 | American Express<br>Customer Service<br>PO Box 981535<br>El Paso TX 79998-1535 | Ameris Bank Equipment Finance<br>575 Anton Blvd, Ste. 1080<br>Costa Mesa CA 92626-7685 |
| Arizona Department of Revenue<br>1600 West Monroe St.<br>Phoenix AZ 85007-2650 | Arkansas Department of Revenue<br>1816 W 7th St, Rm 2220<br>Little Rock AR 72201-1030 | BMO Harris<br>770 N Water Street<br>Milwaukee WI 53202-0002 |
| (p)BALBOA CAPITAL CORPORATION<br>575 ANTON BOULEVARD<br>12H FLOOR<br>COSTA MESA CA 92626-7685 | Becky Sarabia<br>901 E Central Texas Expy<br>Killeen TX 76541-8922 | Billy Stafford<br>438 Allehany St.<br>El Dorado KS 67042-1532 |
| Billy Winkler<br>814 W 4th Ave<br>El Dorado KS 67042-1759 | Brandon Koehn<br>103 Aztec<br>Montezuma KS 67867-8801 | Brenda Mendez<br>1021 N Carlton Ave<br>Liberal KS 67901-2538 |
| Bruckner's Truck & Equipment<br>Dept 100, PO Box 830604<br>Birmingham AL 35283-0604 | Byron Isaac<br>607 Manor Ct<br>Sublette KS 67877-7856 | Carlos Berg<br>704 W Edelle<br>Sublette KS 67877-7809 |
| Carlos Delagraza<br>630 NE 16th St.<br>Guymon OK 73942-3330 | Carlos Diaz<br>311 E Courthouse Ave<br>Sublette KS 67877 | Casey Jones<br>1407 Saint John St<br>Garden City KS 67846-5059 |
| Casey McGehee<br>8909 S Youngs Blvd<br>Oklahoma City OK 73159-6136 | Centure Bank<br>119 S. Inman<br>Sublette KS 67877 | Cervando Macias<br>PO Box 1105<br>Sublette KS 67877-1105 |
| Cesar Perea<br>901 E 2nd St.<br>Liberal KS 67901-5306 | Christopher Soltow<br>3986 Heather Ave<br>Kingman AZ 86401-3842 | Clifton Naranjo<br>4805 29th St.<br>Lubbock TX 79410-2329 |

| | | |
|---|---|---|
| Colorado Department of Revenue<br>1881 Pierce St.,<br>Denver CO 80214-1407 | (p)COMMERCIAL CREDIT GROUP INC<br>525 N TRYON STREET<br>STE 1000<br>CHARLOTTE NC 28202-0210 | Daimler Truck Financial<br>PO Box 901<br>Roanoke TX 76262-0901 |
| David Knier<br>702 Madison St.<br>Hugoton KS 67951-2724 | David Ngan<br>2754 S Cupertino St.<br>Gilbert AZ 85295-3687 | Dontee Goldsmith<br>4513 Rylee Dr.<br>Oklahoma City OK 73179-7011 |
| Dream First Bank<br>PO Box 928<br>Syracuse KS 67878-0928 | Dylan Cobos<br>161 Shamrock St.<br>Garden City KS 67846-6630 | Edmond Lumpkins<br>5501 9th St. Lot 16<br>Sublette KS 67877 |
| Elgin Wespe<br>274 Fontier Rd<br>Windom KS 67491-9317 | Enrique Suanzo<br>808 Westlawn Dr.<br>Dodge City KS 67801-3132 | Erik Price<br>513 S Shoshone Ave<br>Satanta KS 67870 |
| Ernest Sullivan<br>5310 Hedge Lane<br>Shawnee KS 66226-2208 | First Citizens Bank<br>4300 Six Forks Road<br>Raleigh NC 27609-5718 | Flagstar Financial & Leasing<br>Attn: Financial Operations<br>100 Duffy Ave, Ste. 40<br>Hicksville NY 11801-3636 |
| Geoffrey Garcia<br>1681 N Cain Ave.<br>Liberal KS 67901-2107 | Grace Berg<br>704 W Edelle<br>Sublette KS 67877-7809 | Hammertime Trucking aka Becky<br>901 E Central Texas Expy<br>Killeen TX 76541-8922 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Ivan Condarco<br>1606 Ave<br>Dodge City KS 67801-4535 | Jacob Fiesen<br>102 Edelle Ave<br>Sublette KS 67877-7859 |
| Jakoby Thomas<br>8103 E 134th St<br>Grandview MO 64030-3515 | James Hudson<br>3872 Whaler Dr<br>Lake Havasu City AZ 86406-4304 | John Mast<br>202 Scott St<br>Copeland KS 67837 |
| Johnathon Rubio<br>300 S. Cox St.<br>Sublette KS 67877-7840 | Joseph Neville<br>11755 E. Watermen St.<br>Wichita KS 67207-3807 | Joseph Wessel<br>700 Wichita<br>Satanta KS 67870 |
| Juan Chacon-Pena<br>703 W Jennie Ave<br>Sublette KS 67877-7704 | Kansas Department of Revenue<br>PO Box 12005<br>Topeka KS 66612-2005 | Keith Koehn<br>307 S Oak St.<br>Minneola KS 67865 |

| | | |
|---|---|---|
| Kraft Tank Corporation<br>2650 Shull Ave.<br>Oklahoma City OK 73111-3722 | Landmark National Bank<br>701 Poyntz Ave<br>Manhattan KS 66502-0100 | Leroy Mast<br>2111 Grandview Dr<br>Garden City KS 67846-8321 |
| Leroy Mast<br>2111 Grandview Dr East<br>Garden City KS 67846-8321 | Leroy and Aggie Mast<br>2111 Grandview Dr East<br>Garden City KS 67846-8321 | Liliana Morales<br>710 E Shocker St Lot 2<br>Plains KS 67869-6823 |
| Mark Davis<br>206 S 9th St.<br>Lamar CO 81052-2617 | Matkin Accounting Services<br>123 N Glenn St.<br>Ulysses KS 67880-2115 | McLeod TMS<br>100 Corporate Parkway<br>Birmingham AL 35242-2982 |
| Michael Gray<br>206 N Genesse<br>Leoti KS 67861-7024 | Michael Jacques<br>2708 M St.<br>Belleville KS 66935-2646 | Michael Mast<br>409 E Inman<br>Sublette KS 67877 |
| Michael ORourke<br>6802 W Karen Lee Ln<br>Peoria AZ 85382-4529 | Miguel Fonseca<br>1105 N Purdue<br>Liberal KS 67901-2577 | Miguel Moncada<br>4127 N 8th St.<br>Garden City KS 67846-9609 |
| Mississippi Department of Rev.<br>500 Clinton Center Dr.<br>Clinton MS 39056-5678 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City MO 65105-0475 | Nebraska Departemnt of Revenue<br>505A Broadway Ste 800<br>Scottsbluff NE 69361-3515 |
| Oklahoma Department of Revenue<br>300 N Broadway Ave,<br>Oklahoma City OK 73102-6403 | Omar Olivas<br>1324 N Roosevelt Ave<br>Liberal KS 67901-2341 | PO Box 22808<br>Jackson MS 39225-2808 |
| (p)PAWNEE LEASING CORPORATION ATTN SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | Pedro Torres<br>118 W Coolidge St.<br>Liberal KS 67901-4004 | Phillip McAmis<br>3401 Amanda St.<br>Hutchinson KS 67502-3973 |
| PrePass Safety Alliance<br>c/o Law Offices of<br>Mark A Kirkorsky<br>100 S Main St<br>Smith Center KS 66967-2606 | Quiten Mast<br>202 Scott St<br>Garden City KS 67846 | Rachel Hoyt<br>7123 State Hwy 198<br>Canton TX 75103-4690 |
| Randy Mann<br>3629 N Elfrida Rd.<br>Golden Valley AZ 86413-9105 | Ray Orth<br>804 S Inman<br>Sublette KS 67877 | Raymundo Villareal<br>511 Russell St.<br>Amarillo TX 79104-2121 |

Rebecca Tyler
309 Cox
Sublette KS 67877-7840

Roberto Salazar
306 Puite Ave
Satanta KS 67870

Rolando Sueriro
2213 Robin Rd.
Dodge City KS 67801-2924

Ross Wedel
4698 FM 13 East
Troup TX 75789-7369

Ryan Robinson
2811 Imperial Ave.
Pueblo CO 81005-1759

S&M Trucking
1021 N. Carlton Ave
Liberal KS 67901-2538

Samsara
1 De Haro St.
San Francisco CA 94103-5205

Shane Love
706 S. Pursley St.
Sublette KS 67877-7860

Small Business Administration
Commercial Loan Service Center
Attention: Purchase Unit
2120 Riverfront Dr. Suite 100
Little Rock AR 72202-1794

Small Business Administration
District Counsel
220 West Douglas Ave, Ste. 450
Wichita KS 67202-3137

Small Business Administration
PO Box 3918
Portland OR 97208-3918

Spanky Cattle
1255 NW 50th Ave.
Saint John KS 67576-8604

State of Arkansas
Department of Finance and
Administration
PO Box 8092
Little Rock AR 72203-8092

Stephen Gomez
602 S Conlen St
Tyrone OK 73951

Stoughton
1800 Greenbriar Dr
Stoughton WI 53589-9200

Taylor Burns
306 Superior St.
Plains KS 67869-6929

Thomas Jakoby
8103 E 134th st.
Grandview MO 64030-3515

Toyota Commercial Finance
8951 Cypress Waters Blvd,
Ste. 300
Coppell TX 75019-4753

Tyler Valdez
6410 E Cicero St.
Mesa AZ 85205

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

(p)OFFICE OF UNITED STATES ATTORNEY
1200 EPIC CENTER
301 N MAIN
WICHITA KS 67202-4800

US SBA
14925 Kingsport Rd.
Fort Worth TX 76155-2243

US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935-4910

US Small Business Administrati
10675 Bedford Ave
Ste. 100
Omaha NE 68134-3605

US Small Business Administrati
14925 Kingsport Road
Fort Worth TX 76155-2243

Vanessa Friesen
102 Edelle Ave.
Sublette KS 67877-7859

Volvo Car Financial Services
PO Box 91614
Mobile AL 36691-1614

Volvo Financial Services
PO Box 26131
Greensboro NC 27402-6131

Wells Fargo Financial Leasing,
PO Box 77096
Minneapolis MN 55480-7796

William Romero
824 W Court St
Beatrice NE 68310-3524

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Alabama Department of Revenue
50 N. Ripley St
Montgomery AL 36130

Alliance Funding Group
17542 17th St, Ste. 200
Tustin CA 92780

Balboa Capital Corporation
575 Anton Blvd, 12th Floor
Costa Mesa CA 92626


Commercial Credit Group, Inc.
2135 City Gane Lane
Ste. 440
Naperville IL 60563

(d)Commercial Credit Group, Inc.
227 W. Trade Street
Suite 1450
Charlotte NC 28202

Pawnee Leasing Corporation
3801 AUTOMATION WAY, SUITE 201
Ft. Collins CO 80501


(d)Pawnee Leasing Corporation
700 Centre Ave
Fort Collins CO 80526

US Attorney
301 N. Main #1200
Wichita KS 67202

End of Label Matrix
Mailable recipients    120
Bypassed recipients      0
Total                  120