# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re:                                    )
                                          )   Case No. 26-20176
MAST TRUCKING INC.,                       )
                                          )   Chapter 11
                  Debtor.                 )

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4, as made applicable by Local Bankruptcy Rule 2090.1(b), the undersigned hereby requests that Terri A. Running be admitted to practice in the United States Bankruptcy Court for the District of Kansas for purposes of the above captioned case only. The undersigned certifies that they are a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(b), the undersigned will sign all pleadings and other papers. The undersigned also agrees to participate meaningfully in the preparation and trial of this case, to the extent required by the Court. Pursuant to D. Kan. Rule 83.5.4(a), attached hereto are the required affidavit in support of this motion and proposed order. The information contained in the affidavit is true and accurate.

Dated: February 18, 2026          Respectfully submitted,

                                  STINSON LLP

                                  By: */s/ Zachary H. Hemenway*
                                  Zachary H. Hemenway, KS 23602
                                  Miranda S. Swift, KS 30250
                                  1201 Walnut, Suite 2900
                                  Kansas City, MO 64106
                                  Telephone: (816) 842-8600
                                  Facsimile: (816) 691-3495
                                  zachary.hemenway@stinson.com
                                  miranda.swift@stinson.com

                                  -and-

Benjamin J. Court
Terri A. Running
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
benjamin.court@stinson.com
terri.running@stinson.com

COUNSEL FOR VFS LEASING COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2026 the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

/s/ Zachary H. Hemenway
Counsel for VFS Leasing Company

2

CORE/3501996.0031/238551032.1

| | |
|---|---|
| In re: | ) |
| | ) Case No. 26-20176 |
| MAST TRUCKING INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true to the best of my knowledge, information, and belief:

1.      My full name is: Terri A. Running

2.      I practice under the following firm name or letterhead:

Name: Stinson LLP
Address: 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402
Telephone: 612-335-1500
Fax: 612-335-1657
terri.running@stinson.com

3.      I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of Minnesota | 10/22/1993 | 238338 |
| United States District Court of Minnesota | 12/15/1993 | |
| United States Bankruptcy Court of Minnesota | 1993 | |
| 8th Circuit Court of Appeals | 3/25/98 | |
| United States District Court Western District of WI | 9/12/18 | |
| United States Bankruptcy Court Western District of WI | 2018 | |
| United States District Court Eastern District of WI | 03/04/20 | |
| United States Bankruptcy Court Eastern District of WI | 2020 | |
| United States District Court of North Dakota | 8/24/22 | |
| United States Bankruptcy Court of North Dakota | 2022 | |
| United States District Court of Nebraska | 6/13/2024 | |
| US Bankruptcy Court Northern District of Illinois | 9/25 | |

4.      I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.      I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.      I am in good standing in all bars of which I am a member.

7.      No disciplinary or grievance proceedings are pending against me in any jurisdiction.

8.      I have not been charged in any court of the United States or of any state, territory, or possession of the United States with the commission of a felony or unprofessional conduct.

9.      I have completed the Electronic Filing Registration Form for filing as an attachment to this Motion and Affidavit. I understand I will receive system-generated notices of electronic filing.

I declare that this Affidavit is being signed under the penalty of perjury in accordance with 28 U.S.C. § 1746.

FURTHER AFFIANT SAYETH NOT.

_____
Terri A. Running

2



# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
Pro Hac Vice Electronic Filing
Registration Form

Name: **Terri A. Running**

Office: **Stinson LLP**

Address: **50 South Sixth Street, Suite 2600**

Address:

City: **Minneapolis**  State: **MN**  Zip: **55402**

Office Phone: **612-335-1500**  Ext.:  Fax: **612-335-1657**

State Bar # **Minnesota Bar No. 238338**

Attorney's Internet E-mail Address: **terri.running@stinson.com**

Additional email addresses that should receive Notices of Electronic Filing:
MPL.LSSTeam5@stinson.com

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

**2/18/2026**

Date

Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

**If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:                                     )
                                           )   Case No. 26-20176
MAST TRUCKING INC.,                        )
                                           )   Chapter 11
              Debtor.                      )

## <u>ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*</u>

Having considered the *Motion for Leave to Appear Pro Hac Vice* filed on February 18, 2026 (the "<u>Motion</u>"), and for good cause shown, the Court finds that the Motion should be granted and that Terri A. Running should be and hereby is admitted to practice in the United States Bankruptcy Court for the District of Kansas for purposes of this chapter 11 case and any related adversary proceedings only.

# # #

3

CORE/3501996.0031/238551032.1

Submitted by:

*/s/ Zachary H. Hemenway*
Zachary H. Hemenway, KS 23602
Miranda S. Swift, KS 30250
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
zachary.hemenway@stinson.com
miranda.swift@stinson.com

-and-

Benjamin J. Court
Terri A. Running
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
benjamin.court@stinson.com
terri.running@stinson.com

COUNSEL FOR VFS LEASING COMPANY

4

CORE/3501996.0031/238551032.1