# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

IN RE:  MAST TRUCKING INC.  )
             )  CASE NO.  26-20176
             )
Debtor and Debtor-in-Possession  )   Chapter 11 (Voluntary)

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTORS' APPLICATION TO EMPLOY WM LAW AS DEBTOR'S ATTORNEY

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before March 11, 2026 the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>nonevidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, April 23, 2026 at 1:30 p.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

        Respectfully submitted,
        WM Law,

        /s/ Ryan A. Blay
        Ryan A. Blay, KS #28110
        15095 W. 116th St.
        Olathe, KS 66062
        Phone (913) 422-0909
        Fax (913) 428-8549
        blay@wagonergroup.com
        ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Wednesday, February 18, 2026 by providing an electronic copy to William H. Griffin, Chapter 13 Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest.

See attached mailing matrix     /s/ Ryan A. Blay

                      1

Label Matrix for local noticing
1083-2
Case 26-20176
District of Kansas
Kansas City
Wed Feb 11 10:55:00 CST 2026

Aganetha Mast
2111 Grandview Dr E
Garden City KS 67846-8321

(p)ALLIANCE FUNDING GROUP
ATTN BRIAN KNOX
18231 IRVINE BOULEVARD
TUSTIN CA 92780-3432

Arizona Department of Revenue
1600 West Monroe St.
Phoenix AZ 85007-2650

(p)BALBOA CAPITAL CORPORATION
575 ANTON BOULEVARD
12H FLOOR
COSTA MESA CA 92626-7685

Billy Winkler
814 W 4th Ave
El Dorado KS 67042-1759

Bruckner's Truck & Equipment
Dept 100, PO Box 830604
Birmingham AL 35283-0604

Carlos Delagraza
630 NE 16th St.
Guymon OK 73942-3330

Casey McGehee
8909 S Youngs Blvd
Oklahoma City OK 73159-6136

Cesar Perea
901 E 2nd St.
Liberal KS 67901-5306

Mast Trucking Inc.
PO Box 490
Sublette, KS 67877-0490

Alabama Department of Revenue
338 S Jackson St.
Montgomery AL 36104-4408

American Express
Customer Service
PO Box 981535
El Paso TX 79998-1535

Arkansas Department of Revenue
1816 W 7th St, Rm 2220
Little Rock AR 72201-1030

Becky Sarabia
901 E Central Texas Expy
Killeen TX 76541-8922

Brandon Koehn
103 Aztec
Montezuma KS 67867-8801

Byron Isaac
607 Manor Ct
Sublette KS 67877-7856

Carlos Diaz
311 E Courthouse Ave
Sublette KS 67877

Centure Bank
119 S. Inman
Sublette KS 67877

Christopher Soltow
3986 Heather Ave
Kingman AZ 86401-3842

AMERICAN EXPRESS
PO Box 981537
El Paso TX 79998-1537

(p)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

Ameris Bank Equipment Finance
575 Anton Blvd, Ste. 1080
Costa Mesa CA 92626-7685

BMO Harris
770 N Water Street
Milwaukee WI 53202-0002

Billy Stafford
438 Allehany St.
El Dorado KS 67042-1532

Brenda Mendez
1021 N Carlton Ave
Liberal KS 67901-2538

Carlos Berg
704 W Edelle
Sublette KS 67877-7809

Casey Jones
1407 Saint John St
Garden City KS 67846-5059

Cervando Macias
PO Box 1105
Sublette KS 67877-1105

Clifton Naranjo
4805 29th St.
Lubbock TX 79410-2329

| | | |
|---|---|---|
| Colorado Department of Revenue<br>1881 Pierce St.,<br>Denver CO 80214-1407 | (p)COMMERCIAL CREDIT GROUP INC<br>525 N TRYON STREET<br>STE 1000<br>CHARLOTTE NC 28202-0210 | Daimler Truck Financial<br>PO Box 901<br>Roanoke TX 76262-0901 |
| David Knier<br>702 Madison St.<br>Hugoton KS 67951-2724 | David Ngan<br>2754 S Cupertino St.<br>Gilbert AZ 85295-3687 | Dontee Goldsmith<br>4513 Rylee Dr.<br>Oklahoma City OK 73179-7011 |
| Dream First Bank<br>PO Box 928<br>Syracuse KS 67878-0928 | Dylan Cobos<br>161 Shamrock St.<br>Garden City KS 67846-6630 | Edmond Lumpkins<br>5501 9th St. Lot 16<br>Sublette KS 67877 |
| Elgin Wespe<br>274 Fontier Rd<br>Windom KS 67491-9317 | Enrique Suanzo<br>808 Westlawn Dr.<br>Dodge City KS 67801-3132 | Erik Price<br>513 S Shoshone Ave<br>Satanta KS 67870 |
| Ernest Sullivan<br>5310 Hedge Lane<br>Shawnee KS 66226-2208 | First Citizens Bank<br>4300 Six Forks Road<br>Raleigh NC 27609-5718 | Flagstar Financial & Leasing<br>Attn: Financial Operations<br>100 Duffy Ave, Ste. 40<br>Hicksville NY 11801-3636 |
| Geoffrey Garcia<br>1681 N Cain Ave.<br>Liberal KS 67901-2107 | Grace Berg<br>704 W Edelle<br>Sublette KS 67877-7809 | Hammertime Trucking aka Becky<br>901 E Central Texas Expy<br>Killeen TX 76541-8922 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Ivan Condarco<br>1606 Ave<br>Dodge City KS 67801-4535 | Jacob Fiesen<br>102 Edelle Ave<br>Sublette KS 67877-7859 |
| Jakoby Thomas<br>8103 E 134th St<br>Grandview MO 64030-3515 | James Hudson<br>3872 Whaler Dr<br>Lake Havasu City AZ 86406-4304 | John Mast<br>202 Scott St<br>Copeland KS 67837 |
| Johnathon Rubio<br>300 S. Cox St.<br>Sublette KS 67877-7840 | Joseph Neville<br>11755 E. Watermen St.<br>Wichita KS 67207-3807 | Joseph Wessel<br>700 Wichita<br>Satanta KS 67870 |
| Juan Chacon-Pena<br>703 W Jennie Ave<br>Sublette KS 67877-7704 | Kansas Department of Revenue<br>PO Box 12005<br>Topeka KS 66612-2005 | Keith Koehn<br>307 S Oak St.<br>Minneola KS 67865 |

| | | |
|---|---|---|
| Kraft Tank Corporation<br>2650 Shull Ave.<br>Oklahoma City OK 73111-3722 | Landmark National Bank<br>701 Poyntz Ave<br>Manhattan KS 66502-0100 | Leroy Mast<br>2111 Grandview Dr<br>Garden City KS 67846-8321 |
| Leroy Mast<br>2111 Grandview Dr East<br>Garden City KS 67846-8321 | Leroy and Aggie Mast<br>2111 Grandview Dr East<br>Garden City KS 67846-8321 | Liliana Morales<br>710 E Shocker St Lot 2<br>Plains KS 67869-6823 |
| Mark Davis<br>206 S 9th St.<br>Lamar CO 81052-2617 | Matkin Accounting Services<br>123 N Glenn St.<br>Ulysses KS 67880-2115 | McLeod TMS<br>100 Corporate Parkway<br>Birmingham AL 35242-2982 |
| Michael Gray<br>206 N Genesse<br>Leoti KS 67861-7024 | Michael Jacques<br>2708 M St.<br>Belleville KS 66935-2646 | Michael Mast<br>409 E Inman<br>Sublette KS 67877 |
| Michael ORourke<br>6802 W Karen Lee Ln<br>Peoria AZ 85382-4529 | Miguel Fonseca<br>1105 N Purdue<br>Liberal KS 67901-2577 | Miguel Moncada<br>4127 N 8th St.<br>Garden City KS 67846-9609 |
| Mississippi Department of Rev.<br>500 Clinton Center Dr.<br>Clinton MS 39056-5678 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City MO 65105-0475 | Nebraska Departemnt of Revenue<br>505A Broadway Ste 800<br>Scottsbluff NE 69361-3515 |
| Oklahoma Department of Revenue<br>300 N Broadway Ave,<br>Oklahoma City OK 73102-6403 | Omar Olivas<br>1324 N Roosevelt Ave<br>Liberal KS 67901-2341 | PO Box 22808<br>Jackson MS 39225-2808 |
| (p)PAWNEE LEASING CORPORATION ATTN SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | Pedro Torres<br>118 W Coolidge St.<br>Liberal KS 67901-4004 | Phillip McAmis<br>3401 Amanda St.<br>Hutchinson KS 67502-3973 |
| PrePass Safety Alliance<br>c/o Law Offices of<br>Mark A Kirkorsky<br>100 S Main St<br>Smith Center KS 66967-2606 | Quiten Mast<br>202 Scott St<br>Garden City KS 67846 | Rachel Hoyt<br>7123 State Hwy 198<br>Canton TX 75103-4690 |
| Randy Mann<br>3629 N Elfrida Rd.<br>Golden Valley AZ 86413-9105 | Ray Orth<br>804 S Inman<br>Sublette KS 67877 | Raymundo Villareal<br>511 Russell St.<br>Amarillo TX 79104-2121 |

Rebecca Tyler
309 Cox
Sublette KS 67877-7840

Roberto Salazar
306 Puite Ave
Satanta KS 67870

Rolando Sueriro
2213 Robin Rd.
Dodge City KS 67801-2924

Ross Wedel
4698 FM 13 East
Troup TX 75789-7369

Ryan Robinson
2811 Imperial Ave.
Pueblo CO 81005-1759

S&M Trucking
1021 N. Carlton Ave
Liberal KS 67901-2538

Samsara
1 De Haro St.
San Francisco CA 94103-5205

Shane Love
706 S. Pursley St.
Sublette KS 67877-7860

Small Business Administration
Commercial Loan Service Center
Attention:  Purchase Unit
2120 Riverfront Dr. Suite 100
Little Rock AR 72202-1794

Small Business Administration
District Counsel
220 West Douglas Ave, Ste. 450
Wichita KS 67202-3137

Small Business Administration
PO Box 3918
Portland OR 97208-3918

Spanky Cattle
1255 NW 50th Ave.
Saint John KS 67576-8604

State of Arkansas
Department of Finance and
Administration
PO Box 8092
Little Rock AR 72203-8092

Stephen Gomez
602 S Conlen St
Tyrone OK 73951

Stoughton
1800 Greenbriar Dr
Stoughton WI 53589-9200

Taylor Burns
306 Superior St.
Plains KS 67869-6929

Thomas Jakoby
8103 E 134th st.
Grandview MO 64030-3515

Toyota Commercial Finance
8951 Cypress Waters Blvd,
Ste. 300
Coppell TX 75019-4753

Tyler Valdez
6410 E Cicero St.
Mesa AZ 85205

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

(p)OFFICE OF UNITED STATES ATTORNEY
1200 EPIC CENTER
301 N MAIN
WICHITA KS 67202-4800

US SBA
14925 Kingsport Rd.
Fort Worth TX 76155-2243

US Small Business Admin.
10737 Gateway West, #300
El Paso TX 79935-4910

US Small Business Administrati
10675 Bedford Ave
Ste. 100
Omaha NE 68134-3605

US Small Business Administrati
14925 Kingsport Road
Fort Worth TX 76155-2243

Vanessa Friesen
102 Edelle Ave.
Sublette KS 67877-7859

Volvo Car Financial Services
PO Box 91614
Mobile AL 36691-1614

Volvo Financial Services
PO Box 26131
Greensboro NC 27402-6131

Wells Fargo Financial Leasing,
PO Box 77096
Minneapolis MN 55480-7796

William Romero
824 W Court St
Beatrice NE 68310-3524

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Alabama Department of Revenue
50 N. Ripley St
Montgomery AL 36130

Alliance Funding Group
17542 17th St, Ste. 200
Tustin CA 92780

Balboa Capital Corporation
575 Anton Blvd, 12th Floor
Costa Mesa CA 92626


Commercial Credit Group, Inc.
2135 City Gane Lane
Ste. 440
Naperville IL 60563

(d)Commercial Credit Group, Inc.
227 W. Trade Street
Suite 1450
Charlotte NC 28202

Pawnee Leasing Corporation
3801 AUTOMATION WAY, SUITE 201
Ft. Collins CO 80501


(d)Pawnee Leasing Corporation
700 Centre Ave
Fort Collins CO 80526

US Attorney
301 N. Main #1200
Wichita KS 67202

End of Label Matrix
Mailable recipients    120
Bypassed recipients      0
Total                  120