# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re: Mast Trucking, Inc.,

Case No. 26-20176-11

    Debtor.

---

## U.S. Trustee's Objection to Debtor's Payroll Motion

---

The U.S. Trustee objects to the payroll motion[1] because it contains inadequate information.

### Background

On February 10, 2026, Mast Trucking, Inc. filed a voluntary Chapter 11 bankruptcy case.[2] Complete schedules and statements have not yet been filed and are due by February 24.[3] On February 20, Mast Trucking filed its payroll motion.

### Argument

Mast Trucking appears to pay its employees on a weekly basis with the pay weeks ending on Saturday and paychecks being issued on the following Friday. Mast Trucking seeks authority to make payroll obligations but does not indicate how much each employee is owed or for

---

[1] Doc. #35.
[2] Doc. #1.
[3] Doc. #13.

what period. Mast Trucking also does not indicate whether any of the proposed payees are insiders. And Mast Trucking does not appear to have the available funds to make the requested payments. Mast Trucking should address these issues prior to the entry of any order.

## Conclusion

For all the above reasons, the U.S. Trustee requests that the Court deny the motion.

Respectfully submitted,

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By: */s/ John Nemecek*
John Nemecek
Trial Attorney
Admitted in Michigan, P71371
Appearing under 28 U.S.C. § 515(a)
301 N. Main St., Suite 1150
Wichita, KS 67202
202-557-5810
John.Nemecek@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on February 23, 2026, a true and correct copy of this **Objection** was electronically filed with the Court using the CM/ECF system, which sends notification to all parties of interest participating in this case through the CM/ECF system.

By: s/John W. Nemecek

2