U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
2/25/2026
Hon. Robert D. Berger, Presiding

03:00 PM

_____
Case Information:
     26-20176 Mast Trucking Inc.  Chapter: 11

Judge: RDB    Filed: 02/10/2026     Pln Confirmed:
_____

WebEx Appearances:
- ✓ Ryan A Blay representing Mast Trucking Inc. (Debtor)
- ✓ John Nemecek representing U.S. Trustee
- ✓ Zachary Hemenway for VFS Leasing Company
- ✓ Russ Keller for U.S. Small Business Administration
- ✓ Chris Allman for U.S. Small Business Administration

_____

Issue(s):
    [42] Motion for Authority to Enter into Post-Petition Factoring Agreement Filed on behalf of Debtor Mast Trucking Inc. (Attachments: # 1 Letter of Intent), with Certificate of Service.

_____

Notes/Decision:

Mr. Blay: Yesterday's hearing the court granted emergency motion. Order has been circulated and Mr. Nemecek objected. The debtor is caught in the middle and debtor needs financing is why we asked for today's hearing.

Mr. Hemenway: The only changes we were going to make in the order to submit to the court was the change the 30 day challenge period to 60 days.

Mr. Nemecek: Uncertainty about court's rulings from yesterday's hearing regarding the debtor to pay CFI attorneys fees. And we suggested a 60 day challenge period that ran from final order rather than the interim order.

Court ordered with respect to the post-petition extension creditor or funding the court would ensure that CFI to extent that there is available property collateral would be paid post-petition another words if CFI is going to provide funding to the debtor the court will ensure to the extent that the funding is either collateralized or secured by the post-petition accounts receivable. All the attorney fees in the bankruptcy case that are paid by the estate are going to be subject to review and approved by the bankruptcy court. The court is going to require appropriate notice and appropriate application to the court for approval of attorney fees. Debtor has not filed most of schedules and court is approving post-petition financing agreement with bare of data. 60 days from March 19th, 2026 would work as an absolute deadline. Schedules will be on file in advance of the hearing.

Counsel will submit an interim order.

_____

Courtroom Deputy: Jessica   Diaz
ECRO Reporter: Toni   Brady